UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN TOWERS, INC., ) | |
| EXCELL COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:10-cv-1196 |
| ) | |
| WILSON COUNTY, TENNESSEE ) | Judge Sharp |
| BOARD OF ZONING APPEALS, ) | |
| WILSON COUNTY, TENNESSEE ) | |
| PLANNING COMMISSION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court GRANTS Plaintiffs' motion for summary judgment, (Docket No. 55). Defendants are ordered to immediately grant the Use Application and all approvals necessary to allow Plaintiffs to construct the proposed tower. In addition, Defendants must cease all attempts to prevent Plaintiffs from subdividing the proposed site.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE